FEBRUARY 3, 1954

Reap. Dec. 8290.—

man & Slater, Inc. v. United States.   Reap. Dec. 8274.   Motion by defendant.

(Reap. Dec. 8291)

UNITED STATES v. R. W. SMITH

Entry No. 2750–H.

(Decided February 11, 1954)

Warren E. Burger, Assistant Attorney General, for the plaintiff.
Philip Stein for the defendant.

EKWALL, Judge:   This appeal for reappraisement has been submitted upon the following stipulation of counsel:

It is hereby stipulated and agreed subject to the approval of the court, that at the time of exportation of the merchandise involved herein, UNIVERSAL MILL PLATE and such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported in the usual wholesale quantities and in the ordinary course of trade for exportation to the United States at U. S. $140.25 per metric ton, less $470.90 nondutiable charges packed.

IT IS FURTHER STIPULATED AND AGREED that there was no higher foreign value for said merchandise at the time of exportation thereof.

IT IS FURTHER STIPULATED AND AGREED that this case may be submitted on the foregoing stipulation.

On the agreed facts I find that export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the Universal Mill Plate here involved, and that such value is $140.25 per metric ton, less $470.90 nondutiable charges packed.

Judgment will be rendered accordingly.

(Reap. Dec. 8292)

RAYLITE TRADING CO., INC., ET AL. v. UNITED STATES

Entry No. 764188, etc.

(Decided February 18, 1954)

Sharretts, Paley & Carter (Edward P. Sharretts and Howard Clare Carter of counsel); and Benjamin A. Levett, associate counsel, for the plaintiffs.
Warren E. Burger, Assistant Attorney General (William J. Vitale, trial attorney), for the defendant.